preme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Home Trust Company of New York against Georgia L. Collins, interpleaded, etc.

PER CURIAM. Motion denied, without costs, on condition that appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

HONDELMAN, Respondent, v. BARRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Fannie Hondelman against William F. Barry and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORST, Respondent, v. OREGON R. & NAVIGATION CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Paul R. G. Horst against the Oregon Railroad & Navigation Company. J. A. Haughwout, for appellant. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1120.

HORST, Respondent, v. SOUTHERN PAC. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Paul R. G. Horst against the Southern Pacific Company. J. A. Haughwout, for appellant. M. Stearns, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1120.

HORSTMAN, Appellant, v. CARMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by John Horstman against Charlotte Carman and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

HUTKOFF v. EIFERMAN. (Supreme Court, Appellate Term. December 22, 1911.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Nathan Hutkoff against Jacob I. Eiferman. From a judgment of the Municipal Court of the City of New York for the plaintiff, defendant appeals. Modified and affirmed. S. Goodelman, for appellant. Samuel A. Berger, for respondent.

PER CURIAM. There was no evidence in this case which warranted the granting of a judgment for treble damages. The judgment must therefore be modified, by reducing the amount of recovery to the sum of $35. Judgment modified, by reducing the same to the sum of $35 and appropriate costs in the court below, and, as modified, affirmed, without costs of this appeal to either party.

IMBODEN, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by David C. Imboden against Henry C. Johnson, Jr. No opinion. Judgment and order unanimously affirmed, with costs.

IRVING, Appellant, v. IRVING, Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Edna M. Irving against Newell Irving. No opinion. Order affirmed, without costs.

JACKSON BROS. REALTY CO., Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Jackson Bros. Realty Company against R. Oliver Phillips.

PER CURIAM. Motion denied, without costs, on condition that appellant perfect his appeal within 20 days, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

JEFFCOTT, Respondent, v. ROEBLING CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Madlene Jeffcott, as administratrix, etc., against the Roebling Construction Company, impleaded with Daniel J. Ryan. No opinion. Judgment and order reversed, without considering the other questions involved, upon the ground of error in the charge of the trial justice at folios 183, 201, and 202, and new trial granted; costs to abide the event.

J. H. WHITE MFG. CO., Respondent, v. TEICHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the J. H. White Manufacturing Company against Samuel Teichman. No opinion. Order of the Municipal Court affirmed, with costs.

JOHN PIRKL IRON WORKS, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the John Pirkl Iron Works against the National Surety Company. No opinion. Judgment and order affirmed, with costs.

JOHN REIS CO., Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the John Reis Company against Claude L. Wheeler. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOHN REIS CO., Respondent, v. WHEELER, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by the John Reis Company

**1134**

**132 NEW YORK SUPPLEMENT**

against Claude L. Wheeler. No opinion. Motion denied, without costs.

JOHNSON et al. v. NEIDLINGER. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Edgar D. Johnson and another against Henry T. Neidlinger.

PER CURIAM. Judgment modified, by increasing it by the sum of $1,722.45, with interest from January 1, 1909, and, as so modified, affirmed, with costs of this appeal to plaintiffs.

KRUSE, J., dissents, and votes for reversal.

JOHNSON, Appellant, v. TOWN OF FRANKFORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by Catherine Johnson against the Town of Frankfort. No opinion. Judgment and order affirmed, with costs.

JOHNSON–KAHN CO. v. THOMPSON et al. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Johnson-Kahn Company against Henry S. Thompson and others. No opinion. Appeal withdrawn. See, also, 73 Misc. Rep. 103, 130 N. Y. Supp. 216.

JOHNSTONE, Respondent, v. FLINT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Robert L. Johnstone against Charles R. Flint and others. No opinion. Order affirmed, with $10 costs and disbursements.

KAHALY, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Gabrielle Kahaly against Andrew Meyer. No opinion. Motion for reargument denied, without costs. For former decision, see 131 N. Y. Supp. 1122.

KEENER, Appellant, v. KIDD, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Charles Keener against Willett Kidd.

PER CURIAM. Judgment of the County Court of Orange county (71 Misc. Rep. 321, 130 N. Y. Supp. 207) reversed, and judgment of the Justice's Court in the city of Middletown affirmed, with costs to the appellant in this court, on the ground that the circumstances under which the sum of $25 was paid to the defendant constituted legal duress against the plaintiff.

KEMPNER, Appellant, v. BARRONECHEA, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Emma Kempner, individually, etc., against Leopold Barronechea. L. J. Morrison, for appellant. H. Humiston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KERBY v. MANHATTAN COLLEGE. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by John E. Kerby against the Manhattan College. With this case have been consolidated in this court cases bearing titles as follows: Algernon S. Norton v. Louisa Renz; John M. Murphy v. James W. Patterson; Michael McNamara v. John C. Rodgers; Benjamin Freibaum v. James C. Brady; Annie Hirschfield v. Keith & Proctors Co.; Mary M. Gibson v. Emil A. Widman. No opinions. Motions granted, with $10 costs. Orders filed.

KEYES & MARSHALL v. TRUSTEES OF CANTON COLLEGE. BANKERS' SURETY CO. v. MEYER. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by Keyes & Marshall against the Trustees of Canton College and by the Bankers' Surety Company against Christian D. Meyer. No opinions. Motions granted and questions certified. Orders filed. See, also, 131 N. Y. Supp. 527, 857.

KINNEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by John W. Kinney against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., concur in result, upon the ground that defendant was not shown guilty of actionable negligence, nor the plaintiff free from contributory negligence.

KLEIN, Respondent, v. BROOKLYN MAJESTIC THEATRE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Marie Klein against the Brooklyn Majestic Theatre Company. No opinion. Motion granted, without costs.

KNABE, Respondent, v. CATLIN & POWELL CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Ernest J. Knabe, Jr., against the Catlin & Powell Company. H. E. Parker, for appellant. S. F. Moran, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

KNICKERBOCKER TRUST CO. v. ONEONTA, C. & R. S. RY. CO. et al. In re LOUNSBURY'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by the Knickerbocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs Railway Company and others. In the matter of the appeal by the executors of the estate of John W. Lounsbury, deceased. No opinions. Motions to